# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **EDCV 16-01582-DTB**                                    Date: **October 21, 2016**

Title: **Leonard Ward v. California Department of Corrections and Rehabilitation, et al**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| D. Castellanos | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF(S):            ATTORNEYS PRESENT FOR DEFENDANT(S):
        None present                                                            None present

**PROCEEDINGS:        ORDER TO SHOW CAUSE RE: FAILURE TO SERVE (IN CHAMBERS)**

Plaintiff filed a Complaint herein on July 20, 2016. To date, no proof of service has been filed indicating that defendants have been served. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff must serve summons and complaint on all named defendants within 90 days of filing. Accordingly, the Court ORDERS plaintiff to show cause, in writing, no later than November 10, 2016, why the Complaint should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**